**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6441**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

TERRENCE J. WHITE,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Leonie M. Brinkema, District Judge. (3:01-cr-00190-LMB-1)

_____

Submitted: July 30, 2009          Decided: August 5, 2009

_____

Before MOTZ, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terrence J. White, Appellant Pro Se. John Staige Davis, V, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence J. White appeals the district court's order denying his motion for writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. White, No. 3:01-cr-00190-LMB-1 (E.D. Va. Feb. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED